HAVRE HOLDING COMPANY, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.